DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELLA MAE CALIGUIRE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-152

[May 26, 2022]

Appeal of order denying rule 3.801 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; William L. Roby, Judge; L.T. Case No. 562016CF000978A.

Ella Mae Caliguire, Ocala, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, FORST, and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***